## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Jermaine A Patterson | ) | Chapter 13 |
| | ) | Case No. 13 B 44446 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Jermaine A Patterson
430 E 162nd St Unit 317
South Holland, IL  60473

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On January 11, 2018 at  9:00 am, I will appear at the location listed to the right, and present this motion.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, December 30, 2017.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL  60604

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On November 15, 2013, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on May 19, 2014, for a term of 36 months with payments of $275.00.

The status of the debtor's plan is:

| | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 49 | $12,295.26 | $11,745.26 | $550.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 12/29/2017
Due Each Month: $275.00
Next Pymt Due: 01/15/2018

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 02/21/2017 | 18122343 | $63.46 | 03/03/2017 | 18290252 | $63.46 |
| 03/08/2017 | 18471508 | $63.46 | 03/13/2017 | 18587103 | $63.46 |
| 03/22/2017 | 18788244 | $63.46 | 03/27/2017 | 18958364 | $63.46 |
| 04/04/2017 | 19129097 | $63.46 | 04/13/2017 | 19230094 | $63.46 |
| 04/18/2017 | 19469213 | $63.46 | 05/26/2017 | 9074612759 | $260.00 |
| 07/06/2017 | 8074005179 | $275.00 | 10/05/2017 | 637704 | $200.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE